AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

**SELF INITIATED AMENDMENT**

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SPIEGEL, S ARTHUR | USDC, SD OHIO | 04/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. SENIOR DISTRICT JUDGE | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 838 Potter Stewart U.S. Courth Cincinnati, OH 45202 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S ARTHUR | 04/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date_____ 5/1/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SPIEGEL, S ARTHUR | 2. Court or Organization<br><br>USDC, SD OHIO | 3. Date of Report<br><br>04/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☒ Initial    ☐ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>03/10/2007 |
| 7. Chambers or Office Address<br><br>838 Potter Stewart U.S. Courth<br>Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 APR 30 A 9: 10 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judicial Center | National Workshop for District Judges- Denver, CO - August 7-9, 2006 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S ARTHUR | 04/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S ARTHUR | 04/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See Attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (1) | If not exempt from disclosure | | | |
| | | (1) Amt Code (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| | Brokerage Account # 1 | | | | | | | | | |
| | Anadarko Petroleum Corp (APC) | A | Div | K | T | | | | | |
| | Exxon Mobil Corp (XOM) | C | Div | M | T | | | | | |
| | Fifth Third Bancorp Ohio (FITB) | E | Div | N | T | | | | | |
| | Marathon Oil Corp (MRO) | B | Div | L | T | | | | | |
| | PNC Financial Services Group (PNC) | D | Div | M | T | | | | | |
| | Piper Jaffray Companies Inc (PJC) | | None | J | T | | | | | |
| | Procter & Gamble Co (PG) | D | Div | N | T | | | | | |
| | J M Smucker Company New (SJM) | A | Div | J | T | | | | | |
| | U.S. Bancorp Delaware New (USB) | C | Div | L | T | | | | | |
| | Union Pacific Corp (UNP) | A | Div | L | T | | | | | |
| | United States Steel Corp (X) | A | Div | J | T | | | | | |
| | Eaton Vance Balanced Fund (EVIFX) | A | Div | J | T | | | | | |
| | Gateway Fund (GATEX) | B | Div | M | T | | | | | |
| | Victory Ohio Muni Bond Fund (SOHTX) | C | Div | M | T | | | | | |
| | Ohio State Water Development Unrefunded 6% due 12/1/08; ▬▬▬ | A | Int | J | T | | | | | |
| | Ohio State Higher Education Fac 3.4% due 7/1/37; ▬▬▬ | B | Int | K | T | | | | | |
| | Gradison Ohio Municipal Cash Trust | D | Div | N | T | | | | | |
| | Brokerage Account # 2 - Trust | F | Div & Int | P1 | T | | | | | |
| | - Gradison Ohio Municipal Cash Trust | | | | | | | | | |
| | - Automatic Data Processing (ADP) | | | | | | | | | |
| | - Bristol Myers Squibb (BMY) | | | | | Complete Sale | 7/28/06 | K | D | |

Name of Person Reporting

S. Arthur Spiegel

Date of Report

| | | Name of Person Reporting | | | | | | Date of Report | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S. Arthur Spiegel | | | | | | | | | |

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | | |
| | | Amt Code (A-H) | Type (e.g. div., rent or int) | Value Code (J-P) | Value Method (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 23 | - Exxon Mobil Corp (XOM) | | | | | | | | | |
| 24 | - HSBC Holdings PLC (HBC) | | | | | Complete Sale | 1/4/06 | K | E | |
| 25 | - JP Morgan Chase & Company (JPM) | | | | | | | | | |
| 26 | - Pepsico Inc (PEP) | | | | | | | | | |
| 27 | - Pfizer Inc (PFE) | | | | | | | | | |
| 28 | - Pitney Bowes Inc (PBI) | | | | | | | | | |
| 29 | - Procter & Gamble Co (PG) | | | | | | | | | |
| 30 | - EW Scripps Co (SSP) | | | | | | | | | |
| 31 | - 3M Co (MMM) | | | | | | | | | |
| 32 | - U.S. Bancorp (USB) | | | | | | | | | |
| 33 | - Berea Ohio 3.75% due 12/1/11 | | | | | Bought | 12/7/06 | K | | |
| 34 | - Butler County, Ohio 4.95% due 12/1/10 | | | | | | | | | |
| 35 | - Cuyahoga County, Ohio 4.75% due 12/1/09 | | | | | | | | | |
| 36 | - Eastern OH Regional Wastewater 4.25% due 12/1/10 | | | | | | | | | |
| 37 | - Kings Local School District, OH 5.20% due 12/1/08 | | | | | | | | | |
| 38 | - Nordinia Hills, OH School District 4.7% due 12/1/09 | | | | | | | | | |
| 39 | - Fairfield Ohio City School 5.1% due 12/1/06 | | | | | Complete Redemption | 12/1/06 | K | A | |
| 40 | - Findlay Ohio 3% due 7/1/08 | | | | | | | | | |
| 41 | - Madison OH Local School District 4.05% due 12/1/06 | | | | | Complete Redemption | 12/1/06 | K | A | |
| 42 | - Muskingum County Ohio Hospital 5.35% due 12/1/07 | | | | | | | | | |
| 43 | Brokerage Account # 4 – Trust | D | Div | M | T | | | | | |
| 44 | - Templeton Foreign Fund (TEFTX) | | | | | Partial Sale / Partial Sale | 6/19/06 / 9/14/06 | J / J | A / A | |

| | Name of Person Reporting | | | Date of Report |
|---|---|---|---|---|
| | S. Arthur Spiegel | | | |

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 45 | - Victory Established Value Fund (GETGX) | | | | | | | | | |
| 46 | - Victory Small Company Opportunity Fund (GOGFX) | | | | | Partial Sale<br>Partial Sale<br>Partial Sale | 6/19/06<br>9/14/06<br>11/17/06 | J<br>J<br>J | A<br>A<br>A | |
| 47 | - Victory Diversified Stock Fund (GRINX) | | | | | Partial Sale<br>Partial Sale | 6/19/06<br>9/14/06 | J<br>J | A<br>A | |
| 48 | - Gradison U.S. Government Reserves | | | | | | | | | |
| 49 | Brokerage Account # 5 | | | | | | | | | |
| 50 | Victory Established Value Fund (GETGX) | E | Div | M | T | | | | | |
| 51 | Victory Fund for Income (GGIFX) | C | Div | K | T | Partial Sale | 10/11/06 | J | A | |
| 52 | Victory Gradison Government Reserves | A | Div | J | T | | | | | |
| 53 | Brokerage Account # 6 – Trust | B | Div | L | T | | | | | |
| 54 | - Victory Gradison Government Reserves | | | | | | | | | |
| 55 | - Gateway Fund (GATEX) | | | | | | | | | |
| 56 | - Harbor International Fund (HAINX) | | | | | | | | | |
| 57 | - IShares S&P 500 Index Fund | | | | | | | | | |
| 58 | - IShares Russell 1000 Value Index | | | | | | | | | |
| 59 | - IShares Russell 1000 Growth Index | | | | | | | | | |
| 60 | - Royce Total Return (RYTRX) | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S ARTHUR | 04/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S ARTHUR | 04/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544